IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION NEBRASKA CHAPTER HEALTH AND WELFARE PLAN, et al., | ) ) ) ) ) ) |
| Plaintiffs, | ) 8:09CV102 ) ) |
| v. | ) ) ORDER TO |
| ABSOLUTE INDUSTRIES, INC., and ABSOLUTE POWER & COMMUNICATIONS, INC., | ) SHOW CAUSE ) ) ) ) |
| Defendants. | ) ) |

    This case is before the magistrate judge for full pretrial supervision. At the parties' joint request, the Rule 26(f) planning deadline was extended, most recently, to September 4, 2009. As of October 19, 2009, no planning report has been filed and no party has requested a further extension of the Rule 26(f) reporting deadline. Counsel did not respond to an informal inquiry from chambers.

    IT THEREFORE IS ORDERED that the parties shall file their Rule 26(f) planning report by the close of business on Thursday, **October 22, 2009** or show cause by written affidavit why they cannot comply with the court's deadline.

    DATED October 19, 2009.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge