IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION NEBRASKA CHAPTER HEALTH AND WELFARE PLAN, et al., | ) ) ) ) ) ) ) | 8:09CV102 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| ABSOLUTE INDUSTRIES, INC., and ABSOLUTE POWER & COMMUNICATIONS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

Following a telephone conference with counsel,

**IT IS ORDERED:**

1. On or before **August 20, 2010**, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED July 19, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**