IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION NEBRASKA CHAPTER HEALTH AND WELFARE PLAN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ABSOLUTE INDUSTRIES, INC., et al., <br><br>Defendants. | CASE NO. 8:09CV102 <br><br><br><br>ORDER AND <br>FINAL JUDGMENT |

This matter is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice. (Filing No. 35). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each named party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal Without Prejudice (Filing No. 35) is approved;

2. This case is dismissed without prejudice; and

3. Each named party will pay its own costs and attorney fees.

DATED this 5th day of November, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge